385

No. 62393.—Georg Jensen, Inc. v. United States, protest 324103–K (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiff was sustained.

No. 62394.—Georg Jensen, Inc. v. United States, protest 325771–K (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiff was sustained.

No. 62395.—Balfour Guthrie & Co., Ltd., et al. v. United States, protests 324104–K, etc. (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of sheepskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C. D. 1904), the claim of the plaintiffs was sustained.

No. 62396.—Kenson International Trading Co., Inc. v. United States, protest 58/10577 (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of goatskins and sheepskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C. D. 1904), the claim of the plaintiff was sustained.

No. 62397.—Wool Distributing Corp. v. United States, protest 307855–K (Boston).